```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
JOSE CARLOS SANJUAN PAZ,                            :
                                                    :
                              Plaintiff,            :    20-CV-1318 (JMF)
                                                    :
               -v-                                  :
                                                    :
SORL AUTO PARTS, INC. et al.,                       :
                                                    :
                              Defendants.           :
                                                    :
------------------------------------------------------------------------X
                                                    :
MAKSAT ONGAROV,                                     :
                                                    :
                              Plaintiff,            :    20-CV-1815 (JMF)
                                                    :
               -v-                                  :
                                                    :    ORDER
SORL AUTO PARTS, INC. et al.,                       :
                                                    :
                              Defendants.           :
                                                    :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On February 14, 2020, Plaintiff Paz filed a complaint in 20-CV-1318. On March 2, 2020, Plaintiff Ongarov filed a similar complaint in 20-CV-1815. As of this Order, no motion for consolidation has been filed, but 20-CV-1815 has been accepted by the Court as related to 20-CV-1318, and the cases appear to involve common questions of law and fact.

The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **March 18, 2020**. If no party files a letter

opposing consolidation, the Court will consolidate the two cases without further notice to the parties.

It is further ORDERED that Plaintiffs shall promptly serve a copy of this Order on Defendants and file proof of service on Plaintiffs' respective dockets.

SO ORDERED.

Dated: March 4, 2020
      New York, New York

                                             JESSE M. FURMAN
                                           United States District Judge