```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JOSE CARLOS SANJUAN PAZ,                                          :
                                                                  :
                                Plaintiff,                        :   20-CV-1318 (JMF)
                                                                  :
        -v-                                                       :
                                                                  :
SORL AUTO PARTS, INC. et al.,                                     :
                                                                  :
                                Defendants.                       :
                                                                  :
------------------------------------------------------------------X
                                                                  :
MAKSAT ONGAROV,                                                   :
                                                                  :
                                Plaintiff,                        :   20-CV-1815 (JMF)
                                                                  :
        -v-                                                       :
                                                                  :
SORL AUTO PARTS, INC. et al.,                                     :
                                                                  :
                                Defendants.                       :
                                                                  :
------------------------------------------------------------------X
                                                                  :
MARK PATENAUDE,                                                   :
                                                                  :
                                Plaintiff,                        :   20-CV-1929 (JMF)
                                                                  :
        -v-                                                       :
                                                                  :   ORDER
SORL AUTO PARTS, INC. et al.,                                     :
                                                                  :
                                Defendants.                       :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

  On February 14, 2020, Plaintiff Paz filed a complaint in 20-CV-1318. On March 2, 2020,

Plaintiff Ongarov filed a similar complaint in 20-CV-1815. On March 4, 2020, Plaintiff

Patenaude filed another similar complaint in 20-CV-1929.  As of this Order, no motion for consolidation has been filed, but 20-CV-1929 and 20-CV-1815 have been accepted by the Court as related to 20-CV-1318, and all three cases appear to involve common questions of law and fact.

The Court is inclined to consolidate all three cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes.  Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **March 20, 2020**.  If no party files a letter opposing consolidation, the Court will consolidate the three cases without further notice to the parties.  The prior order directing the parties in 20-CV-1318 and 20-CV-1815 to file any objection by March 18, 2020, *see* 20-CV-1318, ECF No. 4; 20-CV-1815, ECF No. 5, is hereby VACATED.

It is further ORDERED that Plaintiffs shall promptly serve a copy of this Order on Defendants and file proof of service on Plaintiffs' respective dockets.

SO ORDERED.

Dated: March 6, 2020
New York, New York

_____
JESSE M. FURMAN
United States District Judge