```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JOSE CARLOS SANJUAN PAZ,                                          :
                                                                  :
                              Plaintiff,                          :    20-CV-1318 (JMF)
                                                                  :
        -v-                                                       :
                                                                  :
SORL AUTO PARTS, INC. et al.,                                     :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
                                                                  :
MAKSAT ONGAROV,                                                   :
                                                                  :
                              Plaintiff,                          :    20-CV-1815 (JMF)
                                                                  :
        -v-                                                       :
                                                                  :
SORL AUTO PARTS, INC. et al.,                                     :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
                                                                  :
MARK PATENAUDE,                                                   :
                                                                  :
                              Plaintiff,                          :    20-CV-1929 (JMF)
                                                                  :
        -v-                                                       :
                                                                  :    ORDER
SORL AUTO PARTS, INC. et al.,                                     :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

       On March 6, 2020, the Court ordered that any counsel in the above captioned cases was to submit any objection to consolidation of these cases by March 20, 2020.  *See* 20-CV-1318,

ECF No. 5; 20-CV-1815, ECF No. 6; 20-CV-1929, ECF No. 5.  No counsel objected to consolidation.  Accordingly, the cases are hereby CONSOLIDATED for all purposes.

The Clerk of the Court is directed to consolidate these cases under the lead case, 20-CV-1318, and to close 20-CV-1815 and 20-CV-1929.  All future filings shall be on the 20-CV-1318 docket.  All deadlines currently in force in 20-CV-1815 and 20-CV-1929 shall likewise apply to 20-CV-1318.

SO ORDERED.

Dated: March 23, 2020
New York, New York

JESSE M. FURMAN
United States District Judge