UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSE CARLOS SANJUAN PAZ,

                Plaintiff,                 20-CV-1318 (JMF)

      -v-

SORL AUTO PARTS, INC. et al.,

                Defendants.
------------------------------------------------------------------X
SHERRI GOUGH,

                Plaintiff,                 20-CV-2182 (JMF)

      -v-

SORL AUTO PARTS, INC. et al.,

                Defendants.
------------------------------------------------------------------X
BRUCE LEBEAU,

                Plaintiff,                 20-CV-2266 (JMF)

      -v-                                                  ORDER

SORL AUTO PARTS, INC. et al.,

                Defendants.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On February 14, 2020, Plaintiff Paz filed a complaint in 20-CV-1318. On March 11, 2020, Plaintiff Gough filed a similar complaint in 20-CV-2182. On March 13, 2020, Plaintiff

LeBeau filed another similar complaint in 20-CV-2266.  As of this Order, no motion for consolidation has been filed, but 20-CV-2182 and 20-CV-2266 have been accepted by the Court as related to 20-CV-1318, and all three cases appear to involve common questions of law and fact.

The Court is inclined to consolidate all three cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes.  Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **March 30, 2020**.  If no party files a letter opposing consolidation, the Court will consolidate the three cases without further notice to the parties.

It is further ORDERED that Plaintiffs shall promptly serve a copy of this Order on Defendants and file proof of service on Plaintiffs' respective dockets.

SO ORDERED.

Dated: March 23, 2020
      New York, New York

                                        JESSE M. FURMAN
                                    United States District Judge