UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                  :
JOSE CARLOS SANJUAN PAZ,                                           :
                                                                  :
                                  Plaintiff,                       :          20-CV-1318 (JMF)
                                                                  :
                -v-                                                :
                                                                  :
SORL AUTO PARTS, INC. et al.,                                     :
                                                                  :
                                  Defendants.                      :
                                                                  :
-------------------------------------------------------------------X
                                                                  :
SHERRI GOUGH,                                                      :
                                                                  :
                                  Plaintiff,                       :          20-CV-2182 (JMF)
                                                                  :
                -v-                                                :
                                                                  :
SORL AUTO PARTS, INC. et al.,                                     :
                                                                  :
                                  Defendants.                      :
                                                                  :
-------------------------------------------------------------------X
                                                                  :
BRUCE LEBEAU,                                                      :
                                                                  :
                                  Plaintiff,                       :          20-CV-2266 (JMF)
                                                                  :
                -v-                                                :
                                                                  :          ORDER
SORL AUTO PARTS, INC. et al.,                                     :
                                                                  :
                                  Defendants.                      :
                                                                  :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

 On March 23, 2020, the Court ordered that any counsel in the above captioned cases was

to submit any objection to consolidation of these cases by March 20, 2020.  *See* 20-CV-1318,

ECF No. 7; 20-CV-2182, ECF No. 4; 20-CV-2266, ECF No. 4.  No counsel objected to consolidation.  Accordingly, the cases are hereby CONSOLIDATED for all purposes.

The Clerk of the Court is directed to consolidate these cases under the lead case, 20-CV-1318, and to close 20-CV-2182 and 20-CV-2266.  All future filings shall be on the 20-CV-1318 docket.  All deadlines currently in force in 20-CV-2182 and 20-CV-2266 shall likewise apply to 20-CV-1318.

SO ORDERED.

Dated: March 31, 2020
      New York, New York

_____
JESSE M. FURMAN
United States District Judge